LIU & NAIME
OMAR M. NAIME, State Bar No. 234337
omn@socalfamlaw.com
8291 Utica Avenue, Suite 100A
Rancho Cucamonga, California 91730
Telephone: (909)941-4114
Facsimile: (909)941-4118

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CARDENAS, by and through his guardian ad litem, JACQUELINE HERMANN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HAYNES FAMILY OF PROGRAMS, Inc., d/b/a HAYNES EDUCATION CENTER; and DOES 1-10,<br>　　　　Defendants. | CASE NO.: 5:20-CV-00367 RGK (SHKx)<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>**Hon. R. Gary Klausner** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　PLEASE TAKE NOTICE Plaintiff and Defendant Haynes Family of Programs, Inc., d/b/a Haynes Education Center ("Haynes") have reached a settlement in the above-referenced matter. A settlement agreement has been fully executed. Plaintiff has filed an Unopposed Petition for Approval of the Compromise that is set to be heard on August 24, 2020. Subject to the Court's

1-[PROPOSED] ORDER APPROVING UNOPPOSED PETITION FOR APPROVAL OF COMPROMISE OF THE
CLAIMS OF ANDREW CARDENAS

approval of the compromise, Dismissal of the entire action will be filed after payment by Haynes of the settlement amount in accordance with the Court's order.

IT IS SO STIPULATED.

July 20, 2020					LIU & NAIME

						By:   /s/Omar M. Naime
						     Attorneys for Plaintiff
						     ANDREW CARDENAS

July 20, 2020					MEYER FOZI & DWORK, LLP

						By:   /s/Golnar J. Fozi
						     Attorneys for Defendant
						     Haynes Family of Programs, Inc.
						     d/b/a/ Haynes Education Center

**ATTESTATION:** The filer attests that concurrence in the filing of this document has been obtained from the signatories thereto.