Golnar J. Fozi (Cal. Bar No. 167674)
Daniel S. Modafferi (Cal. Bar No. 294510)
Meyers Fozi & Dwork, LLP
1808 Aston Avenue, Suite 100
Carlsbad, California  92008
Tel: (760) 444-0039; Fax: (760) 444-0130
Email:   gfozi@meyersfozi.com
             dmodafferi@meyersfozi.com

Attorneys for Defendant,
Haynes Family of Programs, Inc.


Liu & Naime
Omar M. Naime, State Bar No. 234337
omn@socalfamlaw.com
8291 Utica Avenue, Suite 100A
Rancho Cucamonga, California 91730
Telephone: (909)941-4114
Facsimile: (909)941-4118

Attorneys for Plaintiff,
Andrew Cardenas

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CARDENAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HAYNES FAMILY OF PROGRAMS, INC.; and DOES 1 through 10,<br><br>　　　　　Defendants. | **Case No.:  5:20-cv-00367-RGK-SHK**<br>**Assigned to: Hon. R. Gary Klausner**<br><br>**JOINT MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE**<br><br>**Case Filed:  February 24, 2020**<br>**Trial Date:  None set** |

1

2  The matter having resolved to the satisfaction of the parties, pursuant to Rule
3  41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Andrew Cardenas
4  and Defendant Haynes Family of Programs, Inc. (the "Parties"), by and through their
5  respective counsel of record, jointly move the Court to dismiss Plaintiff's action with
6  prejudice, and to retain jurisdiction to enforce the terms of the parties' settlement
7  agreement.

8
Dated: February 24, 2021                MEYERS FOZI & DWORK, LLP
9

10                                      By: __/S/_____
                                            Golnar J. Fozi
11                                          Daniel S. Modafferi
                                            Attorneys for Defendant,
12                                          Haynes Family of Programs, Inc.
13

14

15  Dated: February 24, 2021                LUI & NAIME

16
                                        By: _/S/ Omar M. Naime_
17                                          Omar M. Naime
                                            Attorneys for Plaintiff,
18                                          Andrew Cardenas

19

20

21

22

23

24

25

26

27

28