Golnar J. Fozi (Cal. Bar No. 167674)
Daniel S. Modafferi (Cal. Bar No. 294510)
Meyers Fozi & Dwork, LLP
1808 Aston Avenue, Suite 100
Carlsbad, California 92008
Tel: (760) 444-0039; Fax: (760) 444-0130
Email:  gfozi@meyersfozi.com
        dmodafferi@meyersfozi.com

Attorneys for Defendant,
Haynes Family of Programs, Inc.

Liu & Naime
Omar M. Naime, State Bar No. 234337
omn@socalfamlaw.com
8291 Utica Avenue, Suite 100A
Rancho Cucamonga, California 91730
Telephone: (909)941-4114
Facsimile: (909)941-4118

Attorneys for Plaintiff,
Andrew Cardenas

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CARDENAS,<br><br>Plaintiff,<br><br>v.<br><br>HAYNES FAMILY OF PROGRAMS, INC.; and DOES 1 through 10,<br><br>Defendants. | Case No.: 5:20-cv-00367-RGK-SHK<br>Assigned to: Hon. R. Gary Klausner<br><br>[~~PROPOSED~~] ORDER GRANTING THE PARTIES JOINT MOTION TO DISMISS WITH PREJUDICE<br><br>[FRCP 41(a)(1)(A)(ii)] |

## [PROPOSED] ORDER

Having read and considered the parties' Joint Motion and Stipulation to dismiss this case in its entirety, and good cause appearing, the Court hereby ORDERS as follows:

The Joint Motion is GRANTED, and this action be dismissed in its entirety, with prejudice as to Plaintiff Andrew Cardenas. The Court will retain jurisdiction for purposes of enforcing the terms of the parties' settlement.

**IT IS SO ORDERED**.

Dated: February 25, 2021

*/s/ Gary Klausner*
_____
Hon. R. Gary Klausner